RCVD - USDC - CHAS, SC
2026 JUN 22 PM3:40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Demetria Latrice Washington

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Bosch

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:26-cv-2454-RMG-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
              *(check one)*

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Demetria Washington
Street Address    161 B Hummingbird Ave
City and County    Ladson    Dorchester
State and Zip Code    South Carolina    29456
Telephone Number    (843) 714 9644

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name    Bosch
Job or Title
(if known)
Street Address    8101 Dorchester Rd
City and County    North Charleston    Charleston
State and Zip Code    SC    29418
Telephone Number    (843) 760 - 7000

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 3

Name

2

|  |  |
|---|---|
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Discrimination: race and gender*
*Wrongful Termination. Retaliation*

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _Demetria Washington_ a citizen of the State of *(name)* _South Carolina_.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* _Bosch_, is incorporated under the laws of the State of *(name)* _South Carolina_, and has its principal place of business in the State of *(name)* _South Carolina_. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

1) December 19, 2023: Chevelle (shift leader) threatened and intimidated me. "Tired of these people" witnessed by Robert Trevino - no report filed.

2) March 20, 2024: Cornered by several men (7-10) over an hour and a half. "insuriating, inappropriate undertone of look" witnessed by VP Jessica Cao, Scott, and unknown man. - no report filed.

3) April 21, 2024: Harassment complaint sent by Russell Brooks to Melissa Stone on my behalf via email. received multiple calls throughout week, but no email sent.

4) May 3, 2024: Reported harassment to Andrea Griffin. Received "bad day" excuse. Advised my witness isn't from this country. Informed, a business owner, received multiple complaints about harassment at Bosch.

5) May 10, 2024: Scott (shift leader) touched my derriere twice. Reported via email to Melissa, Russell, and Ryan M.

6) May 12, 2024: Sterling (security guard) stated "he loves how my ass jiggling in my jeans", while I was walking into the parking lot.

7) May 14, 2024: Overheard a conspiracy to follow me home by Angela, Larry, and Valerie.

8) • May 15, 2024: Reported to HR about the hostile work environment; conspiracy and security guard incident to Andrea Griffin.

9) May 16, 2024: Requested grievances & complaint info. Received (877) 278 8213; scam hotline. from Melissa and Andrea (HR).

10) June 25, 2024: Updated my contact info with HR due to nuisance. I was receiving calls from random numbers with individuals breathing, no speaking on the other end.

11) July 30, 2024: Updated Dana (head of security) with Sterling name as the individual of crude remark. Received excuses; mistaken identity and still grieving daughter's death.

12) May 19, 2024: Reported to security department about harassment incident. Advised to provide the name of the guard to file a report.

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$12 million; due to Bosch's ineffectiveness my life and livilhood was threatened, and close to being taken.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

\* See attached pages.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defamation of character: 2 million, in a new department I was called "Pinky", a Known pornstar. Emotional distress: changed my number due to a nuisance of multiple frightening calls; 2 million. Mental health - attempted suicide $5 million.

5

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 22, 2026

Signature of Plaintiff _____N. Washington_____

Printed Name of Plaintiff _____Demetria Washington_____

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

6